

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,066-01

### EX PARTE JUAN BALDERAS, Applicant

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
### IN CAUSE NO. 1412826 IN THE 179TH DISTRICT COURT
### HARRIS COUNTY

*Per curiam*.

## O R D E R

In March 2014, a jury found applicant guilty of the offense of capital murder. *See*

TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment

questions, the trial court sentenced him to death.[1] On June 24, 2015, the State filed in this

Court its brief on applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b),

---

[1] *See* Art. 37.071. Unless otherwise indicated all references to Articles refer to the Code of Criminal Procedure.

and because the trial court timely granted applicant an extension, applicant's initial application for a writ of habeas corpus was due to be filed in the trial court on or before November 6, 2015. However, counsel thereafter sought an extension from this Court pursuant to Article 11.071 § 4A. This Court determined that counsel had shown good cause for the request, and it granted applicant until January 15, 2016 to file the application in the trial court. *Ex parte Balderas*, No. WR-84,066-01 (Tex. Crim. App. Nov. 5, 2015)(not designated for publication).

It has now been more than a year since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 180 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 29TH DAY OF MARCH, 2017.


Do Not Publish